
MOTION GRANTED

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:16-00114-1 |
| | ) | CHIEF JUDGE SHARP |
| MALIK BRADFORD | ) | |

### MOTION FOR EXTENSION OF TIME TO FILE MOTION TO SUPPRESS

Comes the defendant, Malik Bradford, through counsel, and requests a 14-day extension of time to file a motion to suppress, if necessary. In support of this request, counsel would state as follows:

This Court entered an order on July 25, 2016, granting counsel's motion to continue trial. The trial is currently scheduled for November 1, 2016. Counsel received discovery documents on August 15, 2016. Undersigned counsel needs additional time with Mr. Bradford to review, investigate, and discuss the discovery documents with him in order to make an informed decision as to whether a motion to suppress should be filed. Also, additional time is needed to investigate the facts resulting in the charges in the instant case as well as to review and research questions of law in order to determine whether a motion to suppress should be filed.

For these reasons, it is respectfully requested that the Court extend the pretrial motion filing deadline by at least 14 days.